# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jorge R Flores, | No. CV-17-00278-TUC-CKJ (BPV) |
| Petitioner, | **RECOMMENDATION** |
| v. | |
| Charles L Ryan, et al., | |
| Respondents. | |

On October 2, 2017, the Court granted Petitioner's Motion to Stay Federal Proceedings Pending Exhaustion of State-Court Remedies, and ordered Petitioner file a status report within six months. (Doc. 10). Six months passed, and Petitioner had not filed a status report, so the Court ordered both parties to update the Court on the status of the state proceedings. (Doc. 13). Petitioner did not respond. Respondents filed a report stating that Petitioner failed to file a timely pro se post-conviction relief petition, and the state court dismissed the case. (Doc. 14 at 2). However, the state court has since vacated this ruling and given Petitioner until May 4, 2018 to file a petition for post-conviction relief.

A review of the state docket reveals that Petitioner has not filed his petition for post-conviction relief in the state court as of June 18, 2018.

Therefore, this Court recommends:

1. That the District Court order the Clerk of Court to administratively close this case, and permit the Clerk of Court to reopen the matter if Petitioner files a notice

to the Court *within 30 days of completion of the state court proceedings* (*including review*) or by further order of the Court. Should Petitioner choose to file a notice, the District Court should order Petitioner to update the Court on the status of the state court proceedings, including the outcome of issues relevant to the instant habeas petition.

Pursuant to 28 U.S.C. § 636(b) and the Federal Rules of Civil Procedure 72(b)(2), any party may serve and file written objections within fourteen (14) days after being served with a copy of this Recommendation. A party may respond to another party's objections within fourteen (14) days after being served with a copy of the objection.

Failure to timely object to the factual and legal determinations of the Magistrate Judge may waive Petitioner's right to *de novo* review. The Clerk of Court shall send a copy of this Report and Recommendation to all parties.

Dated this 18th day of June, 2018.

Bernardo P. Velasco
United States Magistrate Judge