IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jorge R. Flores, | ) |
| Petitioner, | ) No. CV 17-278-TUC-CKJ |
| vs. | ) |
| Charles L. Ryan, et al., | ) **ORDER** |
| Respondent. | ) |

On June 18, 2018, Magistrate Judge Bernardo P. Velasco issued a Recommendation in which he recommended the Court administratively close this case "and permit the Clerk of Court to reopen the matter if Petitioner files a notice to the Court *within 30 days of completion of the state court proceedings (including review)* or by further order of the Court. The magistrate judge advised the parties that written objections to the Recommendation were to be filed within fourteen days of service of a copy of the Recommendation pursuant to 28 U.S.C. § 636(b). No objection has been filed.

Accordingly, IT IS ORDERED the Recommendation (Doc. 16) is ADOPTED and the Clerk of Court shall administratively close its file in this matter. The case may be reopened should Petitioner file a notice to the Court *within 30 days of completion of the state court proceedings (including review)* or by further order of the Court.

DATED this 31st day of July, 2018.

_____
Cindy K. Jorgenson
United States District Judge